UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CARL E. BIBBS,

    Plaintiff,

v.

HAL WILLIAMS, et al.,

    Defendants.

Case No. 19-cv-03334-PJH

**ORDER OF DISMISSAL**

Plaintiff, a state prisoner, filed a pro se civil rights complaint under 42 U.S.C. § 1983. The court dismissed the amended complaint with leave to amend after discussing the deficiencies of the complaint. The time to file a second amended complaint has passed and plaintiff has not submitted a second amended complaint or otherwise communicated with the court. The case is **DISMISSED** for the reasons set forth in the prior order.

**IT IS SO ORDERED.**

Dated: June 30, 2020

                                                  */s/ Phyllis J. Hamilton*
PHYLLIS J. HAMILTON
United States District Judge